# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN SWANEY,<br><br>    Respondent. | 2:24-cv-4 |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Petitioner Bjorn Haapaniemi ("Haapaniemi") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **DISMISS without prejudice** Haapaniemi's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order and Local Rules, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Haapaniemi *in forma pauperis* status on appeal. I also **DENY** Haapaniemi's Motion for Consolidation.

**SO ORDERED**, this 13 day of March, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA